UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MARTIN C. GOLUB,            )
                            )
            Plaintiff,      )
v.                          )   No. 1:09-cv-380-TWP-TAB
                            )
ROGER GOODES, et al.,       )
                            )
            Defendants.     )

**Entry Discussing Motion for Relief**

Plaintiff Martin Golub has filed a motion for relief pursuant to Rule 60(b) of the *Federal Rules of Civil Procedure.*[1] He challenges the dismissal of the action, which the court found proper because his complaint failed to state a claim upon which relief could be granted. *See Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008)("A complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'")(quoting *Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955, 1974 (2007)); *Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1949 (2009)(a claim has facial plausibility "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged").

Rule 60(b) is an extraordinary remedy that is not designed to address legal errors made by the district court, *see Talano v. Nw. Med. Faculty Found., Inc.*, 273 F.3d 757, 762 (7th Cir. 2001), nor is it a substitute for an appeal. *See, e.g., Stoller v. Pure Fishing Inc.*, 528 F.3d 478, 480 (7th Cir. 2008); *Bell v. Eastman Kodak Co.*, 214 F.3d 798, 800 01 (7th Cir. 2000). "A Rule 60(b) motion permits relief from judgment [only] when it is based on one of six specific grounds listed in the rule." *Talano v. Northwestern Med. Faculty Found.,* 273 F.3d 757, 762 (7th Cir. 2001). A motion for relief from judgment pursuant to Rule 60(b) permits a party to seek relief from judgment on the grounds of mistake, inadvertence, excusable neglect, newly discovered evidence, and fraud. *American Federation of Grain Millers, Local 24 v. Cargill Inc.,* 15 F.3d 726, 728 (7th Cir. 1994). It also authorizes relief for "any other reason justifying relief from the operation of the judgment."

---

[1] Given the timing of the motion relative to the entry of judgment on the clerk's docket, the motion must be treated as a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. *See United States v. Deutsch*, 981 F.2d 299, 301 (7th Cir. 1992).

Golub first challenges the court's ruling striking his previous motion for relief as violative of Local Rules 5.1 and 7.1. This ruling was based on a proper interpretation of those rules and will not be reconsidered.

Golub also challenges the court's treatment of his motion for relief filed on September 29, 2010, arguing that because the motion was not filed within 10 days of the entry of judgment, it should have been treated as a motion pursuant to Rule 60(b). Golub's argument ignores the fact that the *Federal Rules of Civil Procedure* were amended to permit a Rule 59(e) motion to be filed within 28 days of the entry of judgment. The court's treatment of Golub's motion was consistent with that Rule and will not be reconsidered.

Next Golub challenges the court's ruling that his complaint was legally insufficient and the denial of his motion for default judgment against certain "Jane Doe" defendants. Golub disputes the court's application of the law on these issues, but establishes no mistake, inadvertence, excusable neglect, newly discovered evidence, fraud, or other reason justifying relief. His assertion of legal error in the dismissal of the action is not within the scope of relief permissible under Rule 60(b). *See Marques v. FRB*, 286 F.3d 1014, 1018-19 (7th Cir. 2002) ("A legal error is not one of the specified grounds for [a 60(b) motion]. In fact, it is a forbidden ground."). Accordingly, the motion for relief (dkt 138) does not present a claim for relief pursuant to Rule 60(b) and is **denied**.

**IT IS SO ORDERED.**

Date: 12/30/2010

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Jill Z. Julian
jill.julian@usdoj.gov

William Lance McCoskey
william.mccoskey@usdoj.gov

Martin C. Golub
8275 Craig St. #140
Indianapolis, IN 46250